357 P.2d 59

STATE of New Mexico ex rel. Mildred Daniels ROBERSON, Relator-Appellee,

v.

BOARD OF EDUCATION OF the CITY OF SANTA FE, New Mexico, Respondent-Appellant.

No. 6871.

Supreme Court of New Mexico.

Dec. 7, 1960.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the motion of appellee to docket the appeal and affirm the judgment of the District Court of Santa Fe County be and the same is hereby denied, and the Clerk is directed to issue mandate forthwith.